USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN ZAYAS

               Plaintiffs

- against -

216 MANHATTAN REALTY LLC and
CHAWLAS2 NYC INC

               Defendants

18cv927 (KBF)(HBP)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 1, 2018 and Amended Complaint was filed on March 19, 2018. The Summons and Amended Complaint were served on Defendants 216 MANHATTAN REALTY LLC and CHAWLAS2 NYC INC by personally serving Sue Zouky, Business Document Specialist at NYS Department of State, and proofs of service were therefore filed on May 7, 2018, Docs. #13 and 14. I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendants 216 MANHATTAN REALTY LLC and CHAWLAS2 NYC INC are hereby noted.

Dated: June 27, 2018
New York, New York

**RUBY J. KRAJICK**
**Clerk of Court**

By: _K. Mango_
**Deputy Clerk**